UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00212-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RAFAEL VARGAS, a/k/a Rafael Vargas-Gandara,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on May 12,. 2010. A Change of Plea Hearing is **SET** for **Tuesday, August 24, 2010, at 3:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: May 12, 2010.