## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00212-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  RAFAEL VARGAS, a/k/a Rafael Vargas-Gandara,

    Defendant.

## ORDER

THIS MATTER is before the Court on Government's Motion To Dismiss Counts of the Indictment [doc. #23], filed November 29, 2010.  After a review of the file and the motion, it is hereby

ORDERED that Government's Motion To Dismiss Counts of the Indictment [doc. #23], filed November 29, 2010, is **GRANTED.**  It is further

ORDERED that Counts 2 through 32 of the Indictment are dismissed.

Dated this 1st day of December, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE